UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JULIO OTERO                                        CIVIL ACTION

VERSUS                                             NUMBER: 08-1674

MELVIN C. ZENO, JUDGE, ET AL.                      SECTION: "C"(5)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

IT IS ORDERED that plaintiff's habeas corpus claim is dismissed without prejudice for failure to exhaust state court remedies.

IT IS FURTHER ORDERED that plaintiff's claims pursuant to 42 U.S.C. §1983 are dismissed with prejudice.

New Orleans, Louisiana, this 7th day of July, 2008.

UNITED STATES DISTRICT JUDGE